FILED

Gregory L. Weeks, Esq., CSB No. 58584
Email: gweeks@wknjlaw.com
Gregory K. Nelson, Esq. CSB No. 203029
Email: gnelson@wknjlaw.com
Chandler G. Weeks, Esq., CSB No. 245503
Email: chandlerw@wknjlaw.com
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
Telephone: (858) 794-2140
Facsimile: (858) 794-2141

2011 DEC 21 PM 12:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

Attorneys for Plaintiff, Red.com, Inc.

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RED.COM, INC. dba RED DIGITAL CAMERA, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARRI INC., a Delaware corporation, and MICHAEL BRAVIN, an individual,<br><br>Defendants. | Case No. SACV11-01972 CJC (ANx)<br><br>CERTIFICATE OF INTERESTED PARTIES<br><br>LOCAL RULE 4.6 |

The undersigned, counsel for Plaintiff Red.com, Inc., certifies that the following parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or refusal:

None other than parties

Certificate of Interested Parties

1

DATED: 12/21/2011

WEEKS, KAUFMAN, NELSON & JOHNSON

_____
GREGORY K. NELSON
Attorney for Plaintiff Red.com, Inc.