1  Gregory L. Weeks, Esq., CSB No. 58584
   Gregory K. Nelson, Esq. CSB No. 203029
2  Chandler G. Weeks, Esq., CSB No. 245503
   WEEKS, KAUFMAN, NELSON & JOHNSON
3  462 Stevens Avenue, Suite 310
   Solana Beach, CA 92075
4  Telephone:  (858) 794-2140
   Email: gnelson@wknjlaw.com
5
6  Attorneys for Plaintiff, Red.com, Inc.

7  Gary E. Gans (CSB No. 89537)
   John S. Purcell (CSB No. 158969)
8  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   865 South Figueroa Street, 10th Floor
9  Los Angeles, CA 90017-2543
   Telephone: (213) 443-3000
10 Email: garygans@quinnemanuel.com

11 Attorneys for Defendant ARRI, Inc.

12 James W. Spertus, Esq. (CSB No. 159825)
   LAW OFFICES OF JAMES W. SPERTUS
13 1990 South Bundy Dr., Suite 705
   Los Angeles, CA 90025
14 Telephone:  (310) 826-4700
   Email:  Jim@spertuslaw.com
15
16 Attorneys for Defendant Michael Bravin

17

18             UNITED STATES DISTRICT COURT,

19           CENTRAL DISTRICT OF CALIFORNIA

20                  SOUTHERN DIVISION

| | |
|---|---|
| 21 **RED.COM, INC. dba RED DIGITAL CAMERA**, a Washington 22 corporation, | Case No. SACV 11-01972 CJC (ANx) |
| 23        Plaintiff, | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| 24    vs. | |
| 25 **ARRI INC.**, a Delaware corporation, and **MICHAEL BRAVIN**, an 26 individual, | |
| 27        Defendants. | |
| 28 | |

04779.23612/5157706.1

1         IT IS HEREBY STIPULATED AND AGREED, by and between the parties

2    to the above-captioned matter, Plaintiff, Red.com, Inc. dba Red Digital Camera and

3    Defendants Arri, Inc. and Michael Bravin:

4         1.    All claims, counterclaims, and defenses asserted in Case No. SACV11-

5    01972 CJC (ANx) are hereby dismissed with prejudice; and

6         2.    Each party shall bear its own costs, fees and expenses.

7

8         STIPULATED AND AGREED.

9

10   DATED:  February 8, 2013      WEEKS, KAUFMAN, NELSON & JOHNSON

11

12

13                         By: */s/Gregory K. Nelson*

                               Gregory K. Nelson

14                             Attorneys for Plaintiff

15

16   DATED:  February 8, 2013      QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP

17

18

19                         By: */s/John S. Purcell*

20                             John S. Purcell
                               Attorneys for Defendant ARRI, Inc.

21

22   DATED:  February 8, 2013      LAW OFFICES OF JAMES W. SPERTUS

23

24

25                         By: */s/James W. Spertus*
                               James W. Spertus

26                             Ezra D. Landes

27                             Attorneys for Defendant Michael Bravin

28