# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS - 6

### CIVIL MINUTES REOPENING/CLOSING

Case No. SACV 11-01972-CJC(ANx)          Date: September 11, 2013

Title: Red.com, Inc. v. ARRI, Inc., et al

Present: THE HONORABLE CORMAC J. CARNEY, U.S. DISTRICT JUDGE

_____Michelle Urie_____          _____Not Reported_____
Deputy Clerk                              Court Reporter

---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------

Attorneys for Plaintiff                    Attorneys for Defendant

None Present                               None Present

---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------

Proceedings:        ☐ In Court       X In Chambers      ☐ Counsel Notified

☐       Case previously closed in error.  Make JS-5.

X       Case should have been closed on entry dated February 11, 2013 [48].  Make
        JS-6.

☐       Case settled but may be reopened if settlement is not consummated within __
        days.  Make JS-6.

☐       Other _____

☐       Entered _____.

CV-74 (08/97)                          Initials by Deputy Clerk ___mu____